**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-7210**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ANTHONY LAMAR SNIPE,

Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Patrick Michael Duffy, District Judge.  (2:02-cr-00833-PMD-1)

---

Submitted:  December 13, 2007      Decided:  December 20, 2007

---

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Anthony Lamar Snipe, Appellant Pro Se. John Charles Duane, Assistant United States Attorney, Charleston, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lamar Snipe appeals the district court's denial of his motion to compel the Government to file a substantial assistance motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See <u>United States v. Snipe</u>, No. 2:02-cr-00833-PMD-1 (D.S.C. July 31, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>